GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
EMMANUEL ODION ESEZOBOR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUEL ODION ESEZOBOR,<br><br>Defendant. | CR 11-0243 CW<br><br>[PROPOSED] ORDER EXTENDING DATE OF SELF SURRENDER BY SIX DAYS TO MARCH 19, 2012 |

# ORDER

GOOD CAUSE APPEARING, the March 13, 2012, self-surrender date for defendant Emmanuel Esezobor, shall be extended six days to March 19, 2012. The stay of execution imposed by this court on January 31, 2011 shall, therefore, be extended until March 19, 2012.

IT IS FURTHER ORDERED that all other conditions of the stay of execution previously ordered shall remain in force.

DATED: 2/27/2012

_____
HON. CLAUDIA WILKEN
United States District Judge

CR 11-0243 CW
[Proposed] Order Extending Surrender Date          1